UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. DONELL, Permanent Receiver for Learn Waterhouse, Inc., its subsidaries and affiliates,<br><br>      Plaintiff,<br>v.<br><br>EDWARD L. KNOPF, JR., also known as EDWARD KNOPF aka ED KNOPF; FAITH KNOPF,<br><br>      Defendants. | Case No.: 10cv1789 AJB (RBB)<br><br>JUDGMENT |

  The Application of Stephen J. Donell, Receiver for Learn Waterhouse, Inc. and related entities, for the entry of Default Judgment as to Defendants, Edward L. Knopf, Jr. aka Edward Knopf and Ed Knopf and Faith F. Knopf, came on for hearing, having been duly noticed, on April 22, 2011 at 1:30 p.m. before the Honorable Anthony J. Battaglia, United States District Court Judge.  The Court having found that the entry of Default Judgment is appropriate, and upon sufficient proof by Plaintiff,

IT IS HEREBY ORDERED AND ADJUDGED:

1) Judgment in this case is granted in favor of Plaintiff, Stephen J. Donell, Receiver for Learn Waterhouse, Inc., et al., and against Defendants, Edward L. Knopf, Jr. aka Edward Knopf and Ed Knopf and Faith F. Knopf, jointly and severally, as follows:

(a) Defendants, Edward L. Knopf, Jr. Aka Edward Knopf and Ed Knopf and Faith F. Knopf, jointly and severally, shall pay Plaintiff, Stephen J. Donell, Receiver for Learn Waterhouse, Inc., et al., $1,088,927.21 plus prejudgment interest of $517,063.08.

IT IS SO ORDERED.

DATED: August 12, 2011

*[signature: Battaglia]*

Hon. Anthony J. Battaglia
U.S. District Judge